UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

JEFFREY DAVID MABLE,

                     Plaintiff,

          -v-

UNITED STATES of AMERICA,

                     Defendants.

----------------------------------------------------------------X

10 Civ. 6125 (PAE)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

On August 16, 2010, Jeffrey Mable submitted a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Mr. Mable inquired as to why a federal detainer was in place with respect to the 8-month term of incarceration for supervised release violations that the Court imposed in the related criminal matter, case number 08 Cr. 836, on October 2, 2009.

On January 21, 2011, The Honorable Richard J. Holwell, to whom this matter was previously assigned, issued an order clarifying that the 8-month sentence imposed for violation of conditions of supervised release was to run consecutively to any state sentences imposed for state crimes.

Accordingly, Mr. Mable's motion for habeas relief is hereby DENIED. This Opinion and Order closes case number 10 Civ. 6125. The Clerk of the Court is further instructed to terminate the motion to vacate under 28 U.S.C. § 2255 pending in case number 08 Cr. 836.

SO ORDERED.

Paul A. Engelmayer

Paul A. Engelmayer
United States District Judge

Dated: January 10, 2012
       New York, New York